9:30 AM
09/02/26
Accrual Basis

# SDS WEATHER INC
## Balance Sheet
### As of December 31, 2025

| | Dec 31, 25 | Dec 31, 24 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| **Regions Bank - 1394** | 918,443.94 | 132,225.97 |
| **Regions Bank - 2021** | 0.00 | 1,400.74 |
| **Regions Bank - 7720** | 21,166.72 | 26,501.55 |
| **Regions Bank - 8801** | 910.86 | 5,106.12 |
| **Stripe Account - SDS Weather** | 251.83 | 0.00 |
| **Total Checking/Savings** | 940,773.35 | 165,234.38 |
| **Accounts Receivable** | | |
| **Accounts Receivable** | 61,929.00 | 0.00 |
| **Total Accounts Receivable** | 61,929.00 | 0.00 |
| **Other Current Assets** | | |
| **Apple Receivable** | 156,811.02 | 183,614.11 |
| **Employee Advance Loan** | 1,922.32 | 0.00 |
| **Google Receivable** | 59,308.66 | 71,625.49 |
| **Inventory** | 81,798.08 | 0.00 |
| **Total Other Current Assets** | 299,840.08 | 255,239.60 |
| **Total Current Assets** | 1,302,542.43 | 420,473.98 |
| **Fixed Assets** | | |
| **Accumulated Depreciation** | -154,040.40 | -92,127.98 |
| **Building Improvements** | 45,110.00 | 34,310.00 |
| **Machinery & Equipment** | 37,640.59 | 6,743.75 |
| **Vehicles** | 71,289.81 | 51,074.23 |
| **Total Fixed Assets** | 0.00 | 0.00 |
| **Other Assets** | | |
| **Intangible Assets** | | |
| **Accumulated Amortization** | -3,646.00 | 0.00 |
| **Loan Origination Fees** | 43,750.00 | 0.00 |
| **Total Intangible Assets** | 40,104.00 | 0.00 |
| **Security Deposits Held** | 4,190.00 | 4,190.00 |
| **Total Other Assets** | 44,294.00 | 4,190.00 |
| **TOTAL ASSETS** | **1,346,836.43** | **424,663.98** |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| **Accounts Payable** | 30,728.74 | 0.00 |
| **Total Accounts Payable** | 30,728.74 | 0.00 |
| **Credit Cards** | | |
| **PEX Credit Card - 4412** | 4,453.28 | 2,077.35 |
| **Regions Credit Card - 4865** | 28,302.18 | 25,668.26 |
| **Total Credit Cards** | 32,755.46 | 27,745.61 |
| **Other Current Liabilities** | | |
| **Income Tax Payable** | 45,799.00 | 36,410.00 |
| **Regions Line of Credit - 4541** | 289,832.97 | 0.00 |
| **Total Other Current Liabilities** | 335,631.97 | 36,410.00 |
| **Total Current Liabilities** | 399,116.17 | 64,155.61 |

9:30 AM
09/02/26
Accrual Basis

# SDS WEATHER INC
## Balance Sheet
### As of December 31, 2025

| | Dec 31, 25 | Dec 31, 24 |
|---|---|---|
| **Long Term Liabilities** | | |
| **Loan from Michael O'Sullivan-1** | 27,038.63 | 77,570.00 |
| **Loan from Michael O'Sullivan-2** | 20,693.20 | 0.00 |
| **RevTek Capital Loan** | 1,750,000.00 | 0.00 |
| **Total Long Term Liabilities** | 1,797,731.83 | 77,570.00 |
| **Total Liabilities** | 2,196,848.00 | 141,725.61 |
| **Equity** | | |
| **Additional Paid-In Capital** | | |
| **Fisbo Corp** | 91,892.74 | 91,892.74 |
| **O'Suilleabhain & Associates Inc** | 58,384.80 | 58,384.80 |
| **Total Additional Paid-In Capital** | 150,277.54 | 150,277.54 |
| **Retained Earnings** | 132,660.83 | 44,070.63 |
| **Net Income** | -1,132,949.94 | 88,590.20 |
| **Total Equity** | -850,011.57 | 282,938.37 |
| **TOTAL LIABILITIES & EQUITY** | **1,346,836.43** | **424,663.98** |

9:12 AM
11/12/26
Accrual Basis

# SDS WEATHER INC
## Balance Sheet
### As of October 31, 2026

| | | Oct 31, 26 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| **Regions Bank - 4796** | | 2,463.86 |
| **Regions Bank - 6404** | | 9,000.00 |
| **Regions Bank - 7720** | | 9,219.73 |
| **Regions Bank - 8801** | | 106.78 |
| **Stripe Account - NotifyOnTheFly** | | 9.33 |
| **Stripe Account - SDS Weather** | | 400.94 |
| **Stripe Account - WeatherStudio** | | -0.09 |
| **Total Checking/Savings** | | 21,200.55 |
| **Accounts Receivable** | | |
| **Accounts Receivable** | | 43,402.62 |
| **Total Accounts Receivable** | | 43,402.62 |
| **Other Current Assets** | | |
| **Apple Receivable** | | 83,911.60 |
| **Employee Advance Loan** | | 822.32 |
| **Google Receivable** | | 44,354.01 |
| **Inventory** | | 49,620.00 |
| **Total Other Current Assets** | | 178,707.93 |
| **Total Current Assets** | | 243,311.10 |
| **Fixed Assets** | | |
| **Accumulated Depreciation** | | -154,040.40 |
| **Building Improvements** | | 45,110.00 |
| **Leasehold Improvements** | | 6,390.00 |
| **Machinery & Equipment** | | 37,640.59 |
| **Vehicles** | | 71,289.81 |
| **Total Fixed Assets** | | 6,390.00 |
| **Other Assets** | | |
| **Intangible Assets** | | |
| **Accumulated Amortization** | -3,646.00 | |
| **Loan Origination Fees** | 72,998.33 | |
| **Total Intangible Assets** | | 69,352.33 |
| **Security Deposits Held** | | 4,190.00 |
| **Total Other Assets** | | 73,542.33 |
| **TOTAL ASSETS** | | **323,243.43** |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| **Accounts Payable** | | 61,473.31 |
| **Total Accounts Payable** | | 61,473.31 |
| **Credit Cards** | | |
| **PEX Credit Card - 4412** | | 3,072.59 |
| **Regions Credit Card - 4865** | | 27,123.35 |
| **Total Credit Cards** | | 30,195.94 |
| **Other Current Liabilities** | | |
| **FinTap Capital** | | |
| **Gross Receipt Sale Obligation** | 257,760.00 | |
| **Unamortized Discount & Fee** | -76,181.07 | |
| **Total FinTap Capital** | | 181,578.93 |

9:12 AM
11/12/26
Accrual Basis

# SDS WEATHER INC
## Balance Sheet
### As of October 31, 2026

| | | Oct 31, 26 |
|---|---|---|
| Income Tax Payable | | |
| Federal | 36,410.00 | |
| Georgia | 9,389.00 | |
| Total Income Tax Payable | | 45,799.00 |
| IOU Central Inc | | |
| Commercial Loan - 6670 | 124,461.90 | |
| Total IOU Central Inc | | 124,461.90 |
| Luminar Financial LLC | | |
| Commercial Loan | 145,282.20 | |
| Total Luminar Financial LLC | | 145,282.20 |
| OnDeck Capital | | |
| Business Line of Credit - 9395 | 100,448.73 | |
| Total OnDeck Capital | | 100,448.73 |
| PAWN Funding FL LLC | | |
| Gross Receipt Sale Obligation | 344,076.90 | |
| Unamortized Discount & Fee | -96,908.78 | |
| Total PAWN Funding FL LLC | | 247,168.12 |
| Payroll Liabilities | | 7,312.58 |
| Regions Bank | | |
| Business Line of Credit - 4541 | 295,483.82 | |
| Total Regions Bank | | 295,483.82 |
| Retirement Plan Payable | | 3,548.95 |
| Total Other Current Liabilities | | 1,151,084.23 |
| Total Current Liabilities | | 1,242,753.48 |
| Long Term Liabilities | | |
| Aggregate Business Loan | | |
| RevTek Credit Solutions LLC | 875,000.00 | |
| RTCP LLC | 875,000.00 | |
| Total Aggregate Business Loan | | 1,750,000.00 |
| Loan from Shareholder | | |
| Michael O'Sullivan - Ongoing | 15,284.43 | |
| Total Loan from Shareholder | | 15,284.43 |
| Total Long Term Liabilities | | 1,765,284.43 |
| Total Liabilities | | 3,008,037.91 |
| Equity | | |
| Additional Paid-In Capital | | |
| Fisbo Corp | 91,892.74 | |
| O'Suilleabhain & Associates Inc | 58,384.80 | |
| Total Additional Paid-In Capital | | 150,277.54 |
| Retained Earnings | | -1,000,289.11 |
| Net Income | | -1,834,782.91 |
| Total Equity | | -2,684,794.48 |
| **TOTAL LIABILITIES & EQUITY** | | **323,243.43** |