9:30 AM
09/02/26
Accrual Basis

# SDS WEATHER INC
## Profit & Loss
### January through December 2025

| | Jan - Dec 25 | Jan - Dec 24 |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **Refunds & Allowances** | -8,470.34 | 0.00 |
| **Sales** | | |
| **Application** | 3,360,604.76 | 3,814,185.98 |
| **Hardware** | 597,069.28 | 0.00 |
| **Product** | 575.49 | 0.00 |
| **Software** | 147,465.26 | 762,116.07 |
| **Total Sales** | 4,105,714.79 | 4,576,302.05 |
| **Total Income** | 4,097,244.45 | 4,576,302.05 |
| **Cost of Goods Sold** | | |
| **Computer Hardware & Software** | 123,151.29 | 151,630.58 |
| **Digital Media** | 0.00 | 153,600.00 |
| **Inventory Adjustment** | -81,798.08 | 0.00 |
| **Materials & Supplies** | 20,025.34 | 43,156.60 |
| **Merchant Fees** | 668,835.86 | 855,573.72 |
| **System Infrastructure** | 198,154.10 | 212,278.72 |
| **Web Hosting Services** | 239,580.94 | 118,538.15 |
| **Total COGS** | 1,167,949.45 | 1,534,777.77 |
| **Gross Profit** | 2,929,295.00 | 3,041,524.28 |
| **Expense** | | |
| **Advertising & Promotion** | 277,928.71 | 280,081.75 |
| **Automobile Expense** | | |
| **Fuel** | 12,126.34 | 9,935.23 |
| **Parking & Tolls** | 909.55 | 588.23 |
| **Repairs & Maintenance** | 8,520.24 | 15,444.46 |
| **Total Automobile Expense** | 21,556.13 | 25,967.92 |
| **Bank Service Charges** | 24,132.74 | 6,965.94 |
| **Charitable Contributions** | 0.00 | 85.00 |
| **Dues & Subscriptions** | 14,595.05 | 11,711.49 |
| **Education & Training** | 1,378.95 | 0.00 |
| **Equipment Rental** | 0.00 | 132.46 |
| **Gifts & Employee Appreciation** | 396.88 | 0.00 |
| **Insurance Expense** | | |
| **Building & Equipment** | 16,270.22 | 0.00 |
| **Liability** | 7,828.00 | 0.00 |
| **Officer Life** | 7,895.88 | 1,973.97 |
| **Workers Compensation** | 11,711.00 | 0.00 |
| **Insurance Expense - Other** | 0.00 | 18,327.61 |
| **Total Insurance Expense** | 43,705.10 | 20,301.58 |
| **Interest Expense** | 84,590.56 | 1,431.54 |
| **Licenses & Permits** | 2,886.66 | 494.27 |
| **Meals & Entertainment** | 14,268.67 | 10,158.10 |
| **Office Expenses** | 8,040.20 | 13,030.64 |
| **Payroll Expenses** | | |
| **Employee Benefits** | 44,554.30 | 11,447.58 |
| **Payroll Taxes** | 134,917.71 | 83,252.94 |
| **Processing Fees** | 15,734.49 | 8,954.39 |
| **Retirement & Profit-Sharing** | 38,265.94 | 0.00 |
| **Salaries & Wages** | 1,305,658.28 | 763,803.00 |
| **Subcontract Labor** | 874,174.06 | 708,405.29 |
| **Total Payroll Expenses** | 2,413,304.78 | 1,575,863.20 |

9:30 AM
09/02/26
Accrual Basis

# SDS WEATHER INC
## Profit & Loss
### January through December 2025

| | Jan - Dec 25 | | Jan - Dec 24 | |
|---|---|---|---|---|
| **Postage & Delivery** | | 5,573.20 | | 5,795.32 |
| **Professional Fees** | | 324,179.08 | | 95,861.95 |
| **Programming** | | 49,800.00 | | 311,031.61 |
| **Rent Expense** | | 160,840.57 | | 53,642.00 |
| **Repairs & Maintenance** | | 11,352.40 | | 19,970.42 |
| **Research & Development** | | 104,701.41 | | 108,313.33 |
| **Security Expense** | | 7,071.29 | | 3,485.85 |
| **Tax Expense** | | 1,624.86 | | 1,717.78 |
| **Telephone Expense** | | 45,174.81 | | 18,516.68 |
| **Travel Expense** | | 36,917.99 | | 46,286.66 |
| **Uniforms** | | 680.16 | | 51.76 |
| **Utilities** | | 47,341.13 | | 22,721.45 |
| **Waste Removal** | | 2,024.07 | | 1,250.84 |
| **Total Expense** | | 3,704,065.40 | | 2,634,869.54 |
| **Net Ordinary Income** | | -774,770.40 | | 406,654.74 |
| **Other Income/Expense** | | | | |
| **Other Income** | | | | |
| **Credit Card Rewards** | | 630.94 | | 1,528.95 |
| **Gain/(Loss) on Sale of Asset** | | 348.80 | | 0.00 |
| **Insurance Proceeds** | | 87,382.38 | | 0.00 |
| **Interest Income** | | 2,405.76 | | 1,200.74 |
| **Total Other Income** | | 90,767.88 | | 2,729.69 |
| **Other Expense** | | | | |
| **Amortization Expense** | | 3,646.00 | | 0.00 |
| **Depreciation Expense** | | 78,912.42 | | 45,384.23 |
| **Federal Income Tax** | | 0.00 | | 36,410.00 |
| **Officer Compensation** | | | | |
| **Donald Murray** | 218,000.00 | | 172,000.00 | |
| **Michael O'Sullivan** | 139,000.00 | | 67,000.00 | |
| **Total Officer Compensation** | | 357,000.00 | | 239,000.00 |
| **State Income Tax** | | 9,389.00 | | 0.00 |
| **Total Other Expense** | | 448,947.42 | | 320,794.23 |
| **Net Other Income** | | -358,179.54 | | -318,064.54 |
| **Net Income** | | **-1,132,949.94** | | **88,590.20** |

9:11 AM
11/12/26
Accrual Basis

# SDS WEATHER INC
## Profit & Loss
### January through October 2026

| | | Jan - Oct 26 |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **Refunds & Allowances** | | -5,709.02 |
| **Sales** | | |
| **Application** | 2,182,306.59 | |
| **Hardware** | 164,984.45 | |
| **Product** | 181.07 | |
| **Services** | 4,400.00 | |
| **Software** | 90,690.26 | |
| **Total Sales** | | 2,442,562.37 |
| **Total Income** | | 2,436,853.35 |
| **Cost of Goods Sold** | | |
| **Computer Hardware & Software** | | 221,917.27 |
| **Inventory Adjustment** | | 32,178.08 |
| **Materials & Supplies** | | 9,440.11 |
| **Merchant Fees** | | 397,662.12 |
| **System Infrastructure** | | 137,020.65 |
| **Web Hosting Services** | | 240,420.17 |
| **Total COGS** | | 1,038,638.40 |
| **Gross Profit** | | 1,398,214.95 |
| **Expense** | | |
| **Advertising & Promotion** | | 283,784.65 |
| **Automobile Expense** | | |
| **Fuel** | 7,370.51 | |
| **Parking & Tolls** | 131.83 | |
| **Repairs & Maintenance** | 10,514.13 | |
| **Total Automobile Expense** | | 18,016.47 |
| **Bank Service Charges** | | 10,029.37 |
| **Dues & Subscriptions** | | 16,628.85 |
| **Education & Training** | | 645.99 |
| **Equipment Rental** | | 530.33 |
| **Gifts & Employee Appreciation** | | 400.00 |
| **Insurance Expense** | | |
| **Building & Equipment** | 2,627.06 | |
| **Liability** | 1,297.88 | |
| **Officer Life** | 6,579.90 | |
| **Workers Compensation** | 11,236.00 | |
| **Total Insurance Expense** | | 21,740.84 |
| **Interest Expense** | | 404,164.60 |
| **Licenses & Permits** | | 902.00 |
| **Meals & Entertainment** | | 3,436.87 |
| **Office Expenses** | | 2,535.89 |
| **Payroll Expenses** | | |
| **Employee Benefits** | 45,913.64 | |
| **Payroll Taxes** | 112,162.22 | |
| **Processing Fees** | 24,388.60 | |
| **Retirement & Profit-Sharing** | 34,808.31 | |
| **Salaries & Wages** | 1,142,119.45 | |
| **Subcontract Labor** | 357,867.15 | |
| **Total Payroll Expenses** | | 1,717,259.37 |

9:11 AM
11/12/26
Accrual Basis

# SDS WEATHER INC
## Profit & Loss
### January through October 2026

| | | Jan - Oct 26 |
|---|---|---|
| Postage & Delivery | | 2,901.87 |
| Professional Fees | | 170,354.26 |
| Programming | | 10,305.74 |
| Rent Expense | | 136,672.93 |
| Repairs & Maintenance | | 10,743.34 |
| Research & Development | | 27,225.44 |
| Security Expense | | 5,439.51 |
| Tax Expense | | 453.43 |
| Telephone Expense | | 61,674.03 |
| Travel Expense | | 13,107.34 |
| Utilities | | 28,276.21 |
| Waste Removal | | 1,990.99 |
| Total Expense | | 2,949,220.32 |
| Net Ordinary Income | | -1,551,005.37 |
| Other Income/Expense | | |
| Other Income | | |
| Credit Card Rewards | | 434.72 |
| Interest Income | | 1,787.74 |
| Total Other Income | | 2,222.46 |
| Other Expense | | |
| Fraud | | 0.00 |
| Officer Compensation | | |
| Donald Murray | 176,000.00 | |
| Michael O'Sullivan | 110,000.00 | |
| Total Officer Compensation | | 286,000.00 |
| Total Other Expense | | 286,000.00 |
| Net Other Income | | -283,777.54 |
| Net Income | | **-1,834,782.91** |